Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FESTER & CO., GmbH, as subrogee of
Pampa Store, S.A.                                                    07 Civ.

               Plaintiff,                                **FRCP RULE 7.1**
                                                                   **DISCLOSURE STATEMENT**
    - against -

LAN AIRLINES, S.A.

              Defendant.
-------------------------------------------------------------X

NOW comes plaintiff, FESTER & CO.GmbH, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

FESTER & CO., GmbH is a privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       November 21, 2007

                                                     CASEY & BARNETT, LLC
                                                     Attorneys for Plaintiff

                                 By: _____
                                     Martin F. Casey (MFC-1415)
                                     317 Madison Avenue, 21st Floor
                                     New York, New York 10017
                                     (212) 286-0225