# MEMO ENDORSED

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

January 14, 2008

*Via Telecopier 212-805-7949*

Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007

Re:  **FESTER & CO, GmbH, et al. v. LAN AIRLINES, S.A.**
     07 Civ. 10518 (PKC)
     Our File: 260-52

Dear Honorable Judge:

We represent the plaintiff in the referenced matter, and, with the consent of defense counsel, write to request that the pre-trial conference scheduled for Wednesday, January 16, 2008 at 9:45 am. be adjourned to a new date. With the conference having been re-scheduled by the Court last week from January 18, 2006 neither counsel was available on the new date set by the Court.

We write to also inform the Court that the attorneys for the parties have agreed to recommend settlement of the matter to their respective clients and thus anticipate that the claim will be settled before the end of January. In this regard, we request that, in the event the Court agrees to adjourn the conference, that a new date be set for mid-February in order to permit the parties an opportunity to finalize the matter.

Respectfully submitted,

CASEY & BARNETT, LLC

Martin F. Casey

cc:  Roberta Miranda, Esq.          *via email: Roberta.miranda@mendes.com*

---

*Handwritten endorsement:* Conference adjourned from Jan 16 to March 7, 2008 at 10:15 am.
SO ORDERED
P. Kevin Castel USDJ
1-14-08