# MEMO ENDORSED

**M E N D E S  &  M O U N T, LLP**

750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
445 SOUTH FIGUEROA STREET
38TH FLOOR
LOS ANGELES, CA 90071-1601
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT DIAL: 212-261-8239

**VIA FACSIMILE 212-805-7949**
Judge P. Kevin Castel
United States Courthouse
500 Pearl St.
New York, NY 10007

January 22, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

RE:  Fester & Co., GmbH a/s/o Pampa Stores, S.A. v. Lan Airlines, S.A.
     Index No.   :   07 Civ. 10518

Dear Honorable Judge Castel:

We represent LAN AIRLINES, S.A. in the above referenced lawsuit. We are writing to request an extension of time to respond to Plaintiff's Complaint.

As both Plaintiff and the undersigned previously advised this Court, the parties have been actively engaged in settlement discussions and have made settlement recommendations to the respective clients. We except the case will settle within the next 30 days.

Based on the foregoing, we respectfully request that Your Honor grant us a 30-days extension to file our Answer. The Answer was originally due on January 24, 2008. We ask that the Court give us until February 24, 2008 to file said pleading. Counsel for Plaintiff consents to this request.

*A nower due 24.*
*Febr 0*
*SO ORDERED*
*USDJ*
*1-24-08*

Respectfully submitted,
MENDES & MOUNT, LLP

By _____
Roberta Miranda, Esq. (RM-5818)

cc:   Martin Casey

TOTAL P.002