CAITEC, S

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FESTER & CO., GMBH etc et al.

        Plaintiff,

   - against -

LAN AIRLINES, S.A.

        Defendant.
-------------------------------------------------------X

07 Civ. 10518 (PKC)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

The above-captioned matter having been settled pursuant to agreement by and between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
       February 19, 2008

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
    Martin F. Casey (MFC-M15)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

MENDES & MOUNT, LLP
Attorneys for Defendant

By: _____
    Roberta Miranda (RM- )
750 Seventh Avenue
New York, New York 10019
(212) 261-8000

SO ORDERED: _____
               U.S.D.J.

2-19-08